**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:16-cr-00082-DJH**

-- ELECTRONICALLY FILED--

UNITED STATES OF AMERICA                                             PLAINTIFF

                                                                    **NO. 3:16-cr-00082-DJH**

V.    **CO-DEFENDANT, DANTE D. WATTS'**
**MOTION TO REMAND THE JURY TRIAL DATE OF MAY 22, 2017 at 9:30 a.m.**

ISMAEL GONZALEZ (1)
**DANTE DEWAYNE WATTS (2)**
ARIEL CRUZ (3)
OSCAR ARGUETA (4)
CARLOS CATALAN (5)
KINIKI KASHAUNDA LUCAS (6)
JOELIE JOHNSON (7)                                             DEFENDANTS

* * * * * * * * * * *

      Comes co-defendant, Dante D. Watts, by counsel, Frank Mascagni, III, and hereby files this Motion to Remand the Jury Trial Date presently scheduled for May 22, 2017 at 9:30 a.m. As grounds to support this Motion, counsel has been authorized to advise this Court that he has heard no objection to the Motion. The Assistant United States Attorney has no objection and advises that the United States is preparing a Superseding Indictment to add additional counts.

      As this Court is aware, there is a telephonic status conference set for April 19, 2017 at 10:00 a.m. to consider the pending motion for an extension of time in which to file a motion to suppress evidence.

      As this Court is aware from previous Court appearances, this Court declared the case complex on August 19, 2016 and there has been a voluminous amount of discovery received in this case with the last such disclosure made on or about February 18, 2017, containing the

wiretap applications and affidavits. There is a tremendous amount of discovery to be reviewed and each attorney for the seven co-defendants will have to tailor the discovery as it impacts their individual client.

It is respectfully submitted that it would be in the best interest of all parties to this litigation to remand the scheduled trial date of May 22, 2017 at 9:30 a.m. and set another trial date after the filing of the anticipated Superseding Indictment.

WHEREFORE, counsel requests that this Court enter the order attached herewith.

Respectfully Submitted,

*/s/ Frank Mascagni, III*
FRANK MASCAGNI, III
Attorney at Law
228 South Seventh Street
Louisville, KY 40202
(502) 583-2831
Fax: (502) 583-3701
Email: frankmascagniiii@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof was electronically filed and served via the ECF system upon Hon. **Robert B. Bonar**, U.S. Attorney's Office, 717 West Broadway, Louisville, Kentucky, 40202, and all other counsel of record and a hard copy was mailed to the Defendant at **REDACTED**, on this 18th day of April, 2017.

*/s/ Frank Mascagni, III*
FRANK MASCAGNI, III
Attorney for Dante Dewayne Watts
228 South Seventh Street
Louisville, KY 40202
Phone: (502) 583-2831
Fax: (502) 583-3701
Email: frankmascagniiii@hotmail.com