**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO. 3:16-cr-00082-DJH**

-- ELECTRONICALLY FILED--

UNITED STATES OF AMERICA                                                    PLAINTIFF

                                                                **NO. 3:16-cr-00082-DJH**

V.                                       **PROPOSED ORDER**

ISMAEL GONZALEZ (1)
**DANTE DEWAYNE WATTS (2)**
ARIEL CRUZ (3)
OSCAR ARGUETA (4)
CARLOS CATALAN (5)
KINIKI KASHAUNDA LUCAS (6)
JOELIE JOHNSON (7)                                                        DEFENDANTS

* * * * * * * * * *

Motion having been made by co-defendant, Dante D. Watts, by counsel, to remand the

trial date set for May 22, 2017 at 9:30 a.m.,

The attorneys for the remaining co-defendants and the Assistant United States Attorney

having made no objection;

The Court having reviewed the Motion and the grounds and being otherwise sufficiently

advised HEREBY GRANTS the Motion to Remand the Trial Date set for May 22, 2017 at 9:30

a.m. and hereby reassigns this matter for _____, _____.

Entered this _____ day of _____, 2017.

                                        _____
                                        David J. Hale, Judge
                                        United States District Court
                                        Western District of Kentucky