UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                               PLAINTIFF

v.                          CRIMINAL ACTION NO. 3:16-CR-00082-2-DJH

DANTE DEWAYNE WATTS et al.                          DEFENDANTS

### DEFENDANT DANTE WATTS' MOTION TO ADOPT DEFENDANT JOHNSON'S MOTION TO SUPPRESS

Defendant Dante Watts moves the Court to allow him to adopt, as his own pleading, the motion to suppress wiretap evidence (R. 149, Page ID # 473) filed by co-defendant Jolie Johnson in this matter.

Mr. Watts has standing to dispute the legality of the same wiretap that Ms. Johnson challenges in her motion, namely, the tap on the phone of Ismael Gonzalez, designated WT 16-12, which was granted by this Court on May 3, 2016 and extended thereafter. Mr. Watts was recorded speaking to Mr. Gonzalez on this wiretap (*see* R. 149-6, Sanders affid. at pg. 15 ¶ 18, Page ID # 830), and he was himself a "named interceptee" or target telephone owner on all subsequent wiretaps.  18 U.S.C. §§ 2510(11), 2518(10(a) ("aggrieved persons" with standing to move to suppress wiretaps

are those who were parties to intercepted communications and those "against whom the interception was directed").  As the Complaint makes clear, the government's evidence against Mr. Watts either came directly from its wiretaps against Mr. Gonzalez and against Mr. Watts himself, or was derived from those tainted wiretaps (including searches of properties allegedly connected to Mr. Watts).  (*See* R. 1, Complaint, Sanders affid. at pp. 3-4, 6, ¶¶ 11-14 and 24-25, Page ID # 4-5, 7.)  Probable cause for the wiretap on Mr. Watts' own phone (designated WT 16-17, order entered on June 29, 2016) depended almost exclusively on intercepted communications or the tainted fruit of such recordings. (*See* R. 149-8, Sanders affid. at pp. 15-24, Page ID # 988-997.)

Mr. Watts accordingly moves to adopt co-defendant Johnson's motion, and asks the Court to suppress all intercepted calls to which Mr. Watts was a party and all evidence derived therefrom.  18 U.S.C. §§ 2515, 2518(10)(a).

Respectfully submitted,

*Frank Mascagni, III*

Frank Mascagni, III
Attorney for Defendant Watts
228 S. Seventh Street
Louisville, KY 40202
502-583-2831
FrankMascagniIII@hotmail.com

2

## CERTIFICATE OF SERVICE

On August 1, 2017, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Frank Mascagni, III*

Frank Mascagni, III