UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:16-cr-82-DJH

ISMAEL GONZALEZ, DANTE DEWAYNE
WATTS, ARIEL CRUZ, OSCAR ARGUETA,
CARLOS CATALAN, KINIKI
KASHAUNDA LUCAS, and JOLIE
JOHNSON,     Defendants.

\* \* \* \* \*

### ORDER

Defendant Oscar Argueta has filed an agreed motion to continue the jury trial currently set for September 18, 2017, pending the resolution of the motion to suppress. (Docket No. 165) The defendants' replies in support of their motion to suppress are net yet due. (*See* D.N. 163) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the agreed motion to continue (D.N. 165) is **GRANTED**. The jury trial currently set for September 18, 2017, is **REMANDED**. A new trial date will be set by subsequent order once the Court has determined whether the pending motion to suppress requires a hearing.

August 21, 2017

**David J. Hale, Judge**
**United States District Court**

cc:     Jury Administrator

1