UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:16-CR-00082-2-DJH |
| DANTE DEWAYNE WATTS et al. | DEFENDANTS |

### DEFENDANT DANTE WATTS' MOTION TO ADOPT DEFENDANT JOHNSON'S REPLY IN SUPPORT OF MOTION TO SUPPRESS

Defendant Dante Watts moves the Court to allow him to adopt, as his own pleading, the reply brief filed by co-defendant Jolie Johnson (R. 167, Page ID # 1253) in support of her motion to suppress wiretap evidence. As discussed in greater detail in his previous adoption request (R. 160, Page ID # 1052), Mr. Watts has standing to dispute the legality of the same wiretap that Ms. Johnson challenges (WT 16-12, request granted on May 3, 2016), and Mr. Watts himself was a "named interceptee" or target telephone owner on all subsequent wiretaps. Mr. Watts therefore asks to adopt co-defendant Johnson's reply, and requests the suppression of all intercepted calls to which Mr. Watts was a party,

and the suppression of all evidence derived therefrom. 18 U.S.C. §§ 2515, 2518(10)(a).

Respectfully submitted,

*Frank Mascagni, III*

Frank Mascagni, III
Attorney for Defendant Watts
228 S. Seventh Street
Louisville, KY 40202
502-583-2831
FrankMascagniIII@hotmail.com

## CERTIFICATE OF SERVICE

On September 6, 2017, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Frank Mascagni, III*
Frank Mascagni, III

2