UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ELECTRONICALLY FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:16-CR-00082-7-DJH |
| JOLIE JOHNSON and<br>DANTE WATTS et al. | DEFENDANTS |

**JOINT REPLY OF DEFENDANTS JOLIE JOHNSON
AND DANTE WATTS IN SUPPORT OF THEIR
MOTION TO RECONSIDER**

**AND REQUEST FOR ORAL ARGUMENT**

Defendants Johnson and Watts have asked the Court to amend its Memorandum Opinion and Order so that it recognizes Ms. Johnson's and Mr. Watts's standing. (*See* R. 180, Mem. Op. & Order, Part A at pp. 4-6, Page ID # 1312-1314.) The United States has expressed its agreement that a change to the Court's Order is appropriate. (R. 185, U.S. Response, Page ID # 1344.)

As noted in the defendants' motion, the Court has authority to revisit *all* of its Order, including its substantive decisions regarding the necessity issue (*see id.*, Part II(B) at pp. 6-16, Page ID # 1314-1324) and the appropriateness of a *Franks* hearing (*id.*, Part II(C) at pp. 16-21, Page ID # 1324-1329). To that end, counsel for Ms. Johnson and Mr. Watts ask the Court to schedule oral

argument so that the issues can be discussed in sufficient detail to aid the Court's determination of the various relevant issues.

Respectfully submitted,

*Michael R. Mazzoli*

Scott C. Cox
Michael R. Mazzoli
Attorneys for Defendant Johnson
COX & MAZZOLI PLLC
600 West Main Street, Suite 300
Louisville, Kentucky 40202
502-589-6190
MazzoliCMLaw@aol.com

*Frank Mascagni, III* [by permission granted]

Frank Mascagni, III
Attorney for Defendant Watts
228 S. Seventh Street
Louisville, KY 40202
502-583-2831
FrankMascagniIII@hotmail.com

## CERTIFICATE OF SERVICE

On November 13, 2017, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel of record.

*Michael R. Mazzoli*

Michael R. Mazzoli