AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

17 MAY 10 PM 1: 39

for the

Western District of Kentucky

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| 27 DEVICES, CURRENTLY LOCATED AT THE DRUG ENFORCEMENT ADMINISTRATION LOUISVILLE DISTRICT OFFICE | ) ) ) |

Case No. 3:16 mj-644

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Kentucky_____
*(identify the person or describe the property to be searched and give its location)*:

27 Cellular telephones/tablet currently in the possession of the DEA and more particularly described in Attachments A1 through A27.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___12/21/16___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Dave Whalin_____.
                                                                         *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12/07/16 @ 1050hrs

Judge's signature

City and state:   Louisville, Kentucky            Dave Whalin, US Magistrate Judge
                                                    *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>JA-16-003 | Date and time warrant executed:<br>12/16/17  1:50pm | Copy of warrant and inventory left with:<br>Digital Evidence Lab |
| Inventory made in the presence of :<br>Jill Messman and David Capelli | | |
| Inventory of the property taken and name of any person(s) seized: | | |

All contacts, texts and digital information from devices seized during the execution of federal search warrants on 7-2-16

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-10-17

Executing officer's signature

Michael A. Cates  SA
Printed name and title

5/10/17

U S M J.

Attachment A1



Attachment A2



Attachment A3



Attachment A4



Attachment A5





Attachment A6



Attachment A7



Attachment A8



Attachment A9



Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 12 of 42 PageID #: 58

Attachment A10



Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 13 of 42 PageID #: 59

Attachment A11



Attachment A12



Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 15 of 42 PageID #: 61

Attachment A1



Case 3:16-cr-00082-CHB-LLK   Document 252-2   Filed 08/20/18   Page 16 of 42 PageID #:
1607
Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 16 of 42 PageID #: 62

Attachment A2



Attachment A3



Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 18 of 42 PageID #: 64

Attachment A4



Attachment A5



Attachment A6



Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 21 of 42 PageID #: 67

Attachment A7



Attachment A8



Attachment A9



Attachment A10



Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 24 of 42 PageID #: 70

Attachment A11





Attachment A12

Attachment A13



Attachment A14



Attachment A15



Attachment A16



Attachment A17



Case 3:16-cr-00082-CHB-LLK   Document 252-2   Filed 08/20/18   Page 32 of 42 PageID #:
1623
Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 32 of 42 PageID #: 78

Attachment A18



Attachment A19



Attachment A20



Attachment A21



Attachment A22



Attachment A23



Attachment A24



Attachment A25



Attachment A26



Attachment A27



Case 3:16-cr-00082-CHB-LLK   Document 252-2   Filed 08/20/18   Page 42 of 42 PageID #:
1633
Case 3:16-mj-00644-DW   Document 4 *SEALED*   Filed 05/10/17   Page 42 of 42 PageID #: 88

## ATTACHMENT B

All evidence of narcotics and controlled substance distribution and money laundering to include but not limited to contact phone numbers, photographs, video, incoming and outgoing call history, incoming and outgoing text message history, inbox text messages, outbox text messages, email addresses, email inbox/outbox contents, internet addresses and content, applications, recordings, GPS history, and all other phone or electronic content all in violation of Title 21 United States Code 841 (a) (1).