## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                                                    CRIMINAL NO. 3:16-CR-00082-CHB
                                                                                       *ELECTRONICALLY FILED*

DANTE WATTS                                                                     DEFENDANT

## INFORMATION AND NOTICE OF PRIOR FELONY
## DRUG CONVICTIONS OF THE DEFENDANT DANTE WATTS

The United States of America, by counsel, hereby files an amended notice of the United States' intent to seek an enhanced sentence as prescribed in 21 U.S.C. § 851. The United States originally filed a Section 851 notice on July 5, 2018, but is filing this amended notice to comply with the First Step Act. The United States charges that the defendant, **DANTE WATTS**, has been previously convicted of the following serious drug felony offenses, and the release of the term of imprisonment (for more than twelve (12) months) was within 15 years of the commencement of the offenses listed in the indictment, specifically:

    On or about March 25, 1991, **DANTE WATTS**, was convicted of trafficking in a controlled substance, under case number **90-CR-863**, in Jefferson Circuit Court, Jefferson County, Kentucky, a felony drug offense; and

    On or about March 25, 1991, **DANTE WATTS**, was convicted of possession of a controlled substance, under case number **90-CR-1531**, in Jefferson Circuit Court, Jefferson County, Kentucky, a felony drug offense; and

    On or about August 11, 1994, **DANTE WATTS**, was convicted of dealing cocaine, under case number **10D02-9401-CF-000003**, in Clark Superior Court, Clark County, Indiana, a felony drug offense.

WHEREFORE, the United States further charges that, as a result of this information being filed with the court and served on the defendant through counsel, the defendant, **DANTE WATTS**, is now subject to the enhanced penalties found in 21 U.S.C. § 841(b)(1).

        Respectfully submitted,

        Russell M. Coleman
        United States Attorney

        /s/ Amy Sullivan
        Amy Sullivan
        Robert B. Bonar
        Assistant United States Attorneys
        717 West Broadway
        Louisville, Kentucky 40202
        502-582-5911

## CERTIFICATE OF SERVICE

On the 14th day of June, 2019, I electronically filed this document through ECF system, which will send a notice of electronic filing to all counsel of record.

        /s/ Amy Sullivan
        Robert B. Bonar
        Assistant United States Attorneys