UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                                        CRIMINAL NO. 3:16-CR-00082-CHB

ISMAEL GONZALEZ (01)
**DANTE DEWAYNE WATTS (2)**
**Inmate**
**Henderson County Detention Center**
**P.O. Box 979**
**Henderson, KY 42419**
ARIEL CRUZ (3)
OSCAR ARGUENTA (4)
CARLOS CATALAN (5)
KINIKI KASHAUNDA LUCAS (6)
JOLIE JOHNSON (7)                                DEFENDANTS

## CO-DEFENDANT DANTE WATTS' SUPPLEMENTAL PRETRIAL MOTIONS

Comes the Co-Defendant, Dante Dewayne Watts, by counsel, Frank Mascagni, III, and files with the Court the following Motions for consideration by the Court prior to the jury trial date recently confirmed as October 15, 2019.

### I. MOTION TO ADOPT AND JOIN IN THE CO-DEFENDANT, CARLOS CATALAN'S, MOTION TO EXCLUDE ANY ALL EVIDENCE OF "GEOLOCATION" TECHNOLOGY AND CELLBRITE

Attorney Mascagni on behalf of client, Dante Watts, met with representatives for the United States last week on Thursday, September 26, 2019 at the United States Attorney's Office. During the meeting, the Government showed to defense counsel a created visual presentation of a Google Earth Map with superimposed symbols purporting to represent the location of cell phones, pings, maps and, on occasion, photographs of locations and mugshots of one or more of the seven above named co-defendants.

Co-Defendant Watts joins in the motion filed by Co-Defendant Carlos Catalan and adopts same as if fully incorporated herein. Co-Defendant Watts asks this Court on his behalf to exclude

any and all evidence to be proffered by the United States using this technology. Obviously, this presentation is rank hearsay and Co-Defendant Watts' counsel will not be able to "confront his accusers" which is a constitutional guarantee contained in the Sixth Amendment of the United States Constitution.

## II. MOTION TO ADOPT AND JOIN IN THE CO-DEFENDANT, CARLOS CATALAN'S, MOTION TO SEVER HIM FROM THE TRIAL OF HIS CO-DEFENDANT, DANTE WATTS

Co-Defendant Watts joins in the motion filed by Co-Defendant Carlos Catalan and adopts same as if fully incorporated herein. Keeping the Co-Defendants joined represents an extreme peril to Co-Defendant Catalan. As the pleading filed by Co-Defendant Catalan addresses, these Co-Defendants do not know each other, have never spoken to each other and according to the Government there will be no evidence presented to the contrary.

As this Court may recall, on June 19, 2019, Co-Defendant Watts filed a Motion to Sever the drug count from the financial crimes counts which now should include under the latest superseding indictment, possession of a firearm (DN 322). The United States filed a Response on June 25, 2019 (DN 331). At this time Co-Defendant Watts renews his Motion to Sever the drug conspiracy charge from all other counts contained in the latest superseding indictment. Attorney Mascagni adopts the pleading he filed on June 19, 2019 in subsection (c) containing supportive rules of criminal procedure and case law addressing joinder of offenses. Co-Defendant Watts asks that all counts of the superseding indictment be severed and that the United States be ordered to try only the drug charge in the upcoming trial.

## III. CO-DEFENDANT, DANTE WATTS', MOTION TO SUPPRESS ANY AND ALL EVIDENCE SEIZED DURING THE COURSE OF A SEARCH WARRANT SERVED AT 12600 BLACKTHORN TRACE, LOUISVILLE, JEFFERSON COUNTY, KENTUCKY 40299 ON JULY 8, 2016

Attached herewith and marked as Exhibit A is a copy of the search warrant, affidavit for search warrant and itemization of items seized at the location. Co-Defendant Watts respectfully

requests that this Court exclude any and all evidence seized directly or indirectly by the Government pursuant to the search warrant. He contends that the affidavit submitted in support of the warrant failed to establish probable cause and the good-faith exception to the exclusionary rule is inapplicable. The affidavit in support of the search warrant lists several factors containing conclusions and possibilities and beliefs, even taken cumulatively, does not provide the Constitutionally required probable cause under the Fourth Amendment to the United States Constitution.

Attached herewith and marked as Exhibit B is a copy of an Opinion rendered in *United States v. McNeal*, 82 F. Supp. 2nd 945 (S.D. Ind. 2000) which the Co-Defendant submits as support to his Motion to Exclude.

Wherefore, counsel for Co-Defendant Dante Watts asks that the Court rule on these pending matters prior to the empaneling a jury on October 15, 2019.

Respectfully submitted,

  /s/ Frank Mascagni, III
Frank Mascagni, III
Attorney at Law
228 South Seventh Street
Louisville KY  40202
(502) 583-2831
Fax: (502) 583-3701
Email: frankmascagniiii@hotmail.com
*Counsel for Co-Defendant,*
*Dante Dewayne Watts*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this pleading was filed on this the 2nd day of October, 2019 using the ECF system which will notify Robert B. Bonar, Amy Sullivan, AUSA and Christie A. Moore, counsel for Carlos Catalan.

                                                                /s/ Frank Mascagni, III
                                                            Counsel for Defendant Watts