**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                       CRIMINAL NO. 3:16-CR-00082-CHB

**DANTE DEWAYNE WATTS  (2)**
Henderson County Detention Center
P.O. Box 979
Henderson, KY 42419
CARLOS CATALAN (5)                                              DEFENDANTS

## MOTION TO EXCLUDE RECENTLY RECEIVED DISCOVERY

  Comes the Co-Defendant, Dante Watts, by counsel, Frank Mascagni, III, and hereby moves this Court to exclude recently received discovery emailed by the United States Attorney's Office. As grounds to support this motion, counsel states as follows:

  1. On October 10, 2019, attorney Mascagni received an email from the prosecutors in this case styled "supplemental discovery".  The attachment contained a certified Indiana DOT records on Dante Watts' release date from the Indiana conviction; also attached was the gun function report.

  2. Both of these items have been available to the government for some time and, in fact, the gun function report is dated July 19, 2016 when the test fire date was completed.

  3. Both of these items were received several weeks ago and in violation of this Court's numerous Orders regarding disclosure of discovery by the United States.

  4. The jury trial is set for December 10, 2019 and counsel respectfully requests that these two items be excluded from presentation to the jury.

Respectfully submitted,

   /s/ Frank Mascagni, III
Frank Mascagni, III
Attorney at Law
228 South Seventh Street
Louisville KY  40202
(502) 583-2831
Fax: (502) 583-3701
Email: frankmascagniiii@hotmail.com
*Counsel for Co-Defendant,*
*Dante Dewayne Watts*

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was filed on this the 4th day of December, 2019 using the ECF system which will notify Robert B. Bonar, Amy Sullivan, AUSA and all counsel in this matter.

   /s/ Frank Mascagni, III
Counsel for Defendant Watts