GOVERNMENT EXHIBIT 100

## DANTE WATTS - JOELIE JOHNSON
## SCHEDULE OF TOTAL UNREPORTED/UNEXPLAINED CASH 2014-2016

| | 2014 | 2015 | 2016 | TOTALS |
|---|---|---|---|---|
| Cash Deposits (Watts & Johnson) | $271,255.57 | $236,956.00 | $103,275.00 | $611,486.57 |
| Deposits - Casino Checks (Watts) | $0.00 | $295,235.00 | $189,000.00 | $484,235.00 |
| Nashville Cleaning Deposits (Watts) | $11,975.00 | $8,465.00 | $0.00 | $20,440.00 |
| Rent Deposits (Watts & Johnson) | $7,358.00 | $30,344.42 | $11,170.00 | $48,872.42 |
| Total Other Deposits (Watts & Johnson) | $94,849.31 | $94,361.60 | $117,232.09 | $306,443.00 |
| **TOTAL GROSS DEPOSITS (Watts & Johnson)** | **$385,437.88** | **$665,362.02** | **$420,677.09** | **$1,471,476.99** |
| ADD... | | | | |
| Casino Cash Purchases - Chips (Watts) | $970,836.00 | $1,803,515.00 | $1,719,201.00 | $4,493,552.00 |
| Vehicle Cash Purchases (Watts) | $97,880.50 | $0.00 | $0.00 | $97,880.50 |
| Cash Seized | $0.00 | $0.00 | $467,323.00 | $467,323.00 |
| **TOTAL FUNDS AVAILABLE (Watts & Johnson)** | **$1,454,154.38** | **$2,468,877.02** | **$2,607,201.09** | **$6,530,232.49** |
| LESS... | | | | |
| Cash Withdrawals (Watts & Johnson) | ($30,623.23) | ($47,644.90) | ($6,700.00) | ($84,968.13) |
| Bank Account Withdrawals - Casino (Watts & Johnson) | ($119,968.29) | ($351,786.97) | ($111,506.83) | ($583,262.09) |
| Casino Cash Payouts (Watts) | ($815,116.00) | ($1,285,343.00) | ($764,904.00) | ($2,865,363.00) |
| Gross Income Reported on Forms 1040 (Watts & Johnson) | ($95,141.00) | ($131,815.00) | $0.00 | ($226,956.00) |
| 2016 Business or Rent Deposits (Watts & Johnson) | $0.00 | $0.00 | ($11,170.00) | ($11,170.00) |
| **TOTAL UNEXPLAINED CASH (Watts & Johnson)** | **$393,305.86** | **$652,287.15** | **$1,712,920.26** | **$2,758,513.27** |