UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:16-CR-082-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| DANTE DEWAYNE WATTS (02) | ) | **MEMORANDUM AND ORDER** |
| CARLOS CATALAN (05), | ) | **FROM JURY TRIAL** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This case came before the Court for jury selection on December 10, 2019, and testimony concluded on December 19, 2019. The United States was represented by Robert B. Bonar and Amy M. Sullivan, Assistant United States Attorneys. Defendant Dante Dewayne Watts was present and in custody, with Frank Mascagni, III, retained counsel. Defendant Carlos Catalan was present and on bond, with Christie A. Moore, appointed counsel.[1]

The jury reported to the Court on December 19, 2019, that they had reached a verdict in the matter.

A verdict of **GUILTY was returned against Defendant Dante Dewayne Watts** ("Watts") as to Counts 1 and 3 of the Second Superseding Indictment and a verdict of **NOT GUILTY** as to Count 2 of the Second Superseding Indictment. The jury further determined that Watts conspired to possess with intent to distribute or to distribute a mixture or substance containing a detectable amount of heroin in the amount of 1,000 grams (1 kilogram) or more, methamphetamine in the amount of 50 grams or more, a mixture or substance containing a detectable amount of cocaine in the amount of

---

[1] Attorney Lincoln J. Carr, while not appointed, acted as co-counsel with Christie A. Moore for Defendant Carlos Catalan.

5,000 grams (5 kilograms) or more, and a mixture or substance containing a detectable amount of fentanyl in the amount of 400 grams or more all as to Count 1.

A verdict of **NOT GUILTY was returned in favor of Defendant Carlos Catalan** ("Catalan") as to Count 1 of the Second Superseding Indictment.

At the request of counsel for Watts, the jury was polled and then discharged.

The verdicts having been returned,

**IT IS HEREBY ORDERED** as follows:

1. The verdict **SHALL** be filed and docketed.

2. <u>Dante Dewayne Watts</u>.  **Count 2** of the Second Superseding Indictment as to **Watts** is **DISMISSED** with prejudice.  **Watts** is scheduled for **Sentencing** on **Monday, April 13, 2020, at 10:00 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in **Louisville, Kentucky**.  **Watts** is **REMANDED** to the custody of the United States Marshal.

3. <u>Carlos Catalan</u>.  The jury having found Catalan not guilty, Catalan is **ACQUITED** of all charges made against him.  **Count 1** of the original Indictment, the Superseding Indictment, and Second Superseding Indictment as to **Catalan** are **DISMISSED** with prejudice.  **Catalan** is **DISCHARGED** from his current bond.

Dated: 12/23/2019

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
United States Probation