Date: 3-24-20

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAR 27 PM 3:32

RE: Sentencing memorandum, objections, exhibits, certificates testimony, Presentations in open court

TO: Judge Claria Horn Boom

From: Dante Watts Sr. # 3:16-cr-00082-CHB-CHL
Appeal Court case number: 20-5037

    I appreciate this opportunity to bring forth the fact and truths. Truths and facts that need not diminish on the courts and — continue to create an undue prejudice.

    I am soely dependent on the courts to exercise its decretion to enforce my rights to due process. I make no plea for mercy. I am not asking for any compassion or sympathy from the courts. I simply ask for the courts to address the palpable errors which have affected my substantial rights that manifest a injustice if not corrected. All I seek for the honarable judge to hear the truths and facts as follow:

    I have been incarcerated since 7-2-16. I was housed at Marion County Detention Center for a year before I was transfered to Henderson County Detention Center. I been housed there before I was transfered to Oldham County Dentention Center awaiting trial

-1-

At Henderson County Detention Center I was housed in a dorm designed to facilitate ten individuals. However, due to the facility being extremely over crowded. The administration placed 15 individuals in the ten bed dorms, forcing the remaining five to have to sleep on the floor. I was amongst those five that had to reside on the floor for a long period of time. This required having to wait until a bed became available.

Having to spend the vast majority of your time, sleeping on the floor and standing to eat whereas there was very limited space available to move around. A person can either become very agitated, volitile, or learn to cope and make the best out of inhumane living conditions. I chose the latter part because the just solution for me was to rise above the oppression and gravitate towards the light and not fall victim to my circumstances.

I constantly humbled myself and remained hopeful while avoiding all of the unecessary tension associated with the other 14 induiduals as the result of such a discomfort. Therefore, I had to rise up to be a voice of reason amongst those that have already abandoned all hope and were discouraged by the lack of empathy and compassion that they felt they were entitled to by the administration. A desire that needed to be replaced with understanding to those that were beyond reproach.

-2-

Just because we were forced to be isolated in a hostile enviroment, There was no need for us to be disrespectful or savages towards one another. We have to make the best out of a bad situation, make amends within ourself and atone for our actions.

Your honor, You may not want to think or believe that our living conditions are up to humane standards. Even most of society probably share your sentiments. I do not doubt those assumptions. However, not all facilities adhere to our value of life. That reality is more prevalent than publicized through social media. For example, the same facility I was housed at "Henderson County Detention Center". For awhile I was housed in a gym area with 50 plus individuals sleeping on the floor and forced to share one toilet with no urinal. That is not idea for any individual incarcerated. However, that is the standard practice at that facility with no over sight or concern for one's well being

Being at Henderson County Detention Center, I had to file numerous grievances. All in relation to being denied access to the courts, law library, and not recieving legal mail. All of my complaints have arose to the level of having to forward my complaints to the marshal services. Even having to file these issues with the courts seeking resolution.

-3-

Despite these troubling and disturbing obstacles and conditions that no humane should have to go through, I found peace and solice within myself to weather this ever changing storm in pursuit of Justice.

I been able to enroll and participate in the only rehabilitation program that was afforded to me while I was at Henderson County Detention Center. It was called Overcomers in Christ. A program that I sucessfully completed and continue to attend until I was transfered to Oldham County Detention Center for trial.

At Oldham County Detention Center while awaiting for trial, I signed up for N.C.R.C National Career Readiness Certificate. A program that I was accepted for and currently enrolled whereas I have earned credits.

-4-

Your honor, I bring to the courts purview issues that need to be addressed that have created a substantial prejudice and violation of my constitutional rights. If not accertained a miscarriage of Justice.

The government illicited testimony from both Detective Evan, and IRS Agent, intentionally and not by mistake or by accident, false testimony that was both material and highly prejudicial at trial.

I advised my attorney during trial of the false and perjured testimony that was being illicited during trial by Det. Evans and IRS Agent on cross examination, and direct. I was under the assumption and direction that he made the appropriate objections. Considering that the jury was allowed to hear false and perjured testimony.

I am under the premise that the court overruled the objections and/or my attorney did not make the appropriate objections. That my attorney failed to apprise the court pertaining to the false and perjured testimony provided by the governments witnesses called to testify.

-5-

Out of an abundance of caution and my right to due process, I am compelled to bring to this court attention and make a record of the prejudices that rendered my trial unfair and bias in violation of my right to due process. That created a miscarriage of Justice.

The government two key witnesses testified to both false and perjured testimony that was material and prejudicial.

The IRS testimony with regards to unexplained wealth. His primary testimony comprised and focused on casino purchases and loses. His emphasis on the fact to the jury that Watts purchased over 3million in Casino Chips and in fact lost over 3million dollars gambling. This testimony was false as he consistently testified to that being a fact on both direct and cross examination. Concluding that such expenses totaling over 400,000 dollars were primarily hotel expenses.

The IRS Agent testimony was false and not given by mistake or accident. Finacial records, bank statements, casino records do not purport this false testimony. The government did nothing to correct the record. When in fact the goverment knew this testimony to be false and perjured testimony.

-6-

Detective Daniel Evans, testified to events pertaining to a phone conversation that never transpired in order to establish voice recognition that was both material and false testimony.

The events that Det. Evans testified to in order to establish the government theory and identify a voice were done intentionally through the false testimony of this said Detective. There is no documented evidence, corrabortions, no telephone records, no cellphone extractions, and no investigation records introduced into evidence prior or during the course of this investigation to support the false testimony.

The government illicited this testimony when it knew for it to be false. The court knew from the observation that this witness was not being truthful and was providing false information that was highly prejudicial.

Again, I informed my attorney that the Detective Evan was in fact providing false information against. He made an objection. However, I am not certain if he made the appropriate objections and the courts overruled the objection because the courts allowed for the jury to hear the false and perjured testimony by Det Evans.

I request that the courts look to the documents that will confirm these witnesses provided both false and perjured testimony. Testimony that was prejudicial and rendered the trial unfair. Testimony that the government intentionally illicited and had knowledge that was false. The court can take note also that this testimony was not provided in the governments pretrial memorandum...

The court denied hearing the Motion to Suppress with regards to illegally seized evidence that was introduced at trial that was both prejudicial and miscarriage of Justice. Evidence that was procured as the result of a falsified affidavit.

The court concluded that Watts had the opportunity to file a motion to suppress two years prior to trial and failed to file it before the courts deadlines.

Watts did not intentionally or deliberately file a belated Motion to Suppress with the courts. Watts was prejudiced by the government when it filed its Second Superceding indictment less than two weeks before trial, which included additional elements to the original indictment and offenses.

-8-

All of which Watts could not address before the filing of its motion to suppress.

There was no undo delay of Justice on the part of Watts when it filed its **motion**. When in fact Watts is the one that suffers a prejudice as the result of the court not conducting a hearing on the **motion to Suppress**.

The motion to Suppress has profound meritorious value in the interest of Justice and right to due process. Based on the fact that the affiant provided intentionally false, misleading and omitted material facts to the issuing judge with total disregards to the truth.

On the basis of the facts presented to the courts in honesty and in fact truth. It will be a miscarriage of Justice for the courts not to impose a hearing, set aside or vacate the verdict.

I sincerely request for the **court** to investigate these issues that have prejudiced and rendered the trial unfair and unconstitutional.

NOTARY: Ryan [signature]
627603
Exp. 7-25-23

CC:



Sincerely,
Dante Watts

[signature] Dante Watts
signature

Dante Watts
3405 West highway 146
Lagrange, Ky. 40031

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAR 27  PM 3:32



Evansville Annex 477
WED 25 MAR 2020 PM

Judge Claria Horn Boom
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, Ky. 40202