Date: 3-2-20

RE: PSR Objections as follow: Docket Number:
0644  3:16CR00082

TO: Frank Mascagni III

Mr. Mascagni III,

    Just for the record and obvious reasons I object to the following matters contained in the P.S.R as not factual or reliable:
The offense Conduct 14, 15, sub (b) pg. 11
pg 12, (d) (f) and 19.
pg 13, paragraph 23
pg 14, paragraph 24
pg 14  paragraph 25
pg 14  paragraph 26
pg 14  paragraph 27
pg 15  paragraph 28
pg 15  paragraph 29
pg 17  paragraph 39
pg 17  paragraph 41  (specifically)
pg 17  paragraph 42
pg 18  paragraph 49
pg 19  paragraph 50
pg 19  paragraph 51
pg 19  paragraph 52
pg 19  paragraph 53
pg 19  paragraph 55
Defendent Criminal History
pg 21  paragraph  67
pg 22  paragraph  69
pg 24  paragraph  75

pg 27 paragraph 88 statement false
pg 28 paragraph 92 (Jordan Thomas) correction need be made. IT is spelled Jordan Thompson

State of KY, County of Oldham
Signed before me on this 2 day
of March, 2020 by Dante Watts
Notary Public Jessica [illegible]

Dante Watts
Sincerely,

Specifically noted on pg 17 paragraph 41, IRS Agent's illicited testimony from the government and was qualified as fact expert by the courts according to paragraph 41.

The IRS Agent repeatedly emphasised to the jury that stated in paragraph (41) that Watts in fact gambled and lost 4,450,000 million dollars. (Actual loses of over four million dollars)
On cross IRS Agent was specifically ask if Watts won any money from the French lick resort. The IRS Agent responded " those were in fact losses."

I request that the records be reviewed by " Brian Christie" to purport the veracity of paragraph 41, pg 17. In addition to the statement and records provided by the French lick Casino and Resort employee

Purpose for Obstruction of Justice, by means of false testimony.

C.C.   F.M
       B.C
       C.H.B

Dante Watts
3405 West highway 146
Lagrange, Ky. 40031

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 MAR 27 PM 3:32

Evansville Annex 477
WED 25 MAR 2020 PM

Judge Claria Horn Boom
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, Ky. 40202