# OVERCOMERS IN CHRIST

## Certificate of Attendance



## Henderson County Detention Center
Henderson, Kentucky

# Dante Watts

This certifies that the above named individual has successfully attended 12 weeks of **Overcomers in Christ.** This is an on-going Christ-centered recovery program.

Christ-centered recovery is not so much from something as it is to *Someone. Jesus Christ is the answer to life and its problems, including sin, sorrow, and death.* With Jesus at the center of all that we think and do, we find victory regardless of our circumstances. In other words, recovery is spiritual growth that allows Jesus Christ to control every area of our lives.

Graduates are encouraged to follow-up this program by attending Christ-centered recovery programs in prisons, or in local churches or organizations in the community upon release. The 12 Goals are:

1. To face the truth, knowing that **Truth** forms our lifeline to recovery
2. To choose a positive **Attitude** because attitudes lead to action.
3. To practice Christ-honoring habits one day at a time to build our **Health**
4. To find freedom to determine our destiny by making wise **Decisions**
5. To put our **Faith** in Jesus Christ who is the source of inner peace
6. To forgive others as we experience and appreciate God's **Forgiveness**
7. To **Surrender** our will to discover God's plan for our lives
8. To make time for daily **Devotions** so God can transform our lives
9. To maintain **Fellowship** with the Lord and those friends who support our recovery
10. To keep a personal **Inventory** and allow the Lord to remove our defects
11. To transfer our dependency to God to claim the **Victory** that is ours in Christ
12. To gratefully **Outreach** by sharing the message of victory in Christ

**Date:** 9/18/2018

Chaplain Kenny Noblett

Student



DATA RECOGNITION
**DRC**
CORPORATION


TABE

## Individual Profile: Watts, Dante

| Report Criteria | | | |
|---|---|---|---|
| ID: | | State: | KY |
| Test Name: | TABE 12 ALL | District: | KY ADULT EDUCATION |
| Report: | ALL | School: | OLDHAM COUNTY ADULT EDUCATION |
| Report Date: | 02-13-2020 | | |

| Test Results | Test Date | Level | Number of Points | | Items Attempted | Scale Score | SEM | NRS Level | MSG |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total | Obtained | | | | | |
| Reading | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Mathematics | 02/11/2020 | M | 39 | 21 | 34 | 509 | 15 | 3 | N |
| Language | --- | --- | --- | --- | --- | --- | --- | --- | --- |

— Subtest Not Taken

If a student scores more than one NRS level above the targeted level, then a (+) sign will appear next to the scale score and their score will be set to the highest possible scale score, which is one above the targeted level. In this case, students may want to test with a higher TABE test in order to better assess their ability.

Scale scores with a minus (-) sign next to them are indicators that the student performed at the lower end of the performance range of that level of TABE and the student will likely need to have extended instruction to be ready to demonstrate an NRS Gain on a post test.

The Measurable Skills Gain (MSG) is designed to measure interim progress made by students during an academic year. N denotes the student either did not have enough data to measure a gain or did not receive a gain; and Y denotes the student received an MSG in the academic year.

| Performance on Domains | Number of Items | Number of Points | | Performance Category | | |
|---|---|---|---|---|---|---|
| | | Total | Obtained | Non-Proficiency | Partial Proficiency | Proficiency |
| Reading | --- | --- | --- | --- | --- | --- |
| **Mathematics** | | | | | | |
| Measurement and Data | 6 | 6 | 4 | | ✓ | |
| Numbers and Operations - Fractions | 7 | 8 | 3 | | ✓ | |
| Numbers and Operations - Base Ten | 5 | 5 | 2 | | ✓ | |
| Operations and Algebraic Thinking | 4 | 5 | 3 | | ✓ | |
| Geometry | 4 | 5 | 2 | | ✓ | |
| Expressions and Equations | 4 | 5 | 2 | | ✓ | |
| Language | --- | --- | --- | --- | --- | --- |

Some levels may have too few items within the domain to show proficiency.

Copyright © 2019 by Data Recognition Corporation. All Rights reserved.

PAGE: 1




## Individual Profile: Watts, Dante

### Report Criteria

| | | | |
|---|---|---|---|
| ID: | | State: | KY |
| Test Name: | TABE 12 ALL | District: | KY ADULT EDUCATION |
| Report: | ALL | School: | OLDHAM COUNTY ADULT EDUCATION |
| Report Date: | 02-13-2020 | | |

| FORM | DOMAIN | PERFORMANCE | DEMONSTRATED SKILLS | AREAS FOR NEXT FOCUS |
|---|---|---|---|---|
| | | | • Use expressions and equations to represent multiplicative relationships expressed in words | • Identify prime and composite numbers |
| | Geometry | Partial Proficiency | • Recognize points, lines, line segments, and angles and their relationships to each other (e.g., a point lies on a line) when presented in polygons and diagrams<br>• Identify and create nets for given prisms and pyramids<br>• Identify coordinates of points and plot points with whole number coordinates in the first quadrant of the coordinate plane | • Distinguish common and non-common attributes of pairs or groups of shapes using pictures, diagrams, and words<br>• Draw polygons with vertices at whole number coordinates in the coordinate plane<br>• Name parts of ordered pairs and what they describe (e.g., x-coordinate, y-coordinate) |
| | Expressions and Equations | Partial Proficiency | • Solve multi-step equations involving addition, subtraction, multiplication, and division of rational numbers<br>• Write and solve expressions and equations to represent verbal descriptions (e.g., the product of twice a number, n, and 6) and real-world situations<br>• Use inverse operations to show steps in solving equations | • Write and solve multi-step equations involving addition, subtraction, multiplication, division, the distributive property, and exponents (squares and cubes) with rational numbers<br>• Write and solve expressions and equations involving the distributive property or combining like terms<br>• Use properties of addition and multiplication to justify steps in solving an equation |

Copyright © 2019 by Data Recognition Corporation. All Rights reserved.