UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>DANTE DEWAYNE WATTS,   )<br>   )<br>   Defendants.   )<br>   ) | Criminal Action No. 3:16-CR-082-CHB-2<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Dante Watts's *pro se* objections to the presentence report. [R. 530] Defendant Watts is represented by counsel, Frank Mascagni, III. Watts's objections come in the form of a hand-written letter which he has titled "Sentencing Memorandum, Objections, Exhibits, Certificates Testimony, Presentation in Open Court" ("Objections"). [R. 530] Watts is currently represented by retained counsel, and has been informed twice in writing and once during trial that he is not entitled to hybrid representation: that is representing himself *pro se* and having his counsel represent him simultaneously. *See* [R. 205; 220] Defendant Watts shall file any objections he has to the presentence report through his counsel. *See United States vs. Flowers,* 428 F. App'x. 526 (6th Cir. Jun 17, 2011) (Defendant convicted of possession with intent to distribute cocaine, who was represented by counsel at sentencing, had no constitutional right to have sentencing court consider his pro se motion for a downward departure or his attached letter of allocution, both of which were returned by the sentencing court to him); *United States v. Loudermilk*, 425 F. App'x. 500, 503 (6th Cir. June 13, 2011) (defendants not entitled to represent themselves while simultaneously represented by

counsel).  Accordingly and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. Defendant Watts's *pro se* Objections **[R. 530]** are **STRICKEN FROM THE RECORD**.

This the 8th day of April, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record