

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*(Electronically Filed)*

UNITED STATES OF AMERICA                                    PLAINTIFF

Vs.                                    CIVIL ACTION NO. 3:16-CV-755-DJH

ONE HUNDRED NINETY-FIVE THOUSAND
EIGHT HUNDRED TEN DOLLARS
IN UNITED STATES CURRENCY ($195,810.00), et al            DEFENDANTS

\* \* \* \* \* \* \* \* \*

### CLAIM OF DANTE WATTS TO CONTEST FORFEITURE OF SEIZED PROPERTY

Comes now Dante D. Watts, Sr., by counsel, Michael L. Goodwin, and contests the forfeiture and claims legitimate ownership in all of the following property:

a. $195,810.00 in U.S. Currency;

b. $2448.00 in U.S. Currency;

c. $230,085.00 in U.S. Currency;

d. Contents of Kentucky Telco Credit Union Checking Account ($89,676.89);

e. A Breitling for Bentley Motors Special Edition Certified Chronometer Watch in 18kt Yellow Gold with 596 full cut diamonds;

f. 513 Amy Avenue, Louisville, Kentucky 40211;

g. 12600 Blackthorn Trace, Louisville, Kentucky 40299;

h. 3426 & 3426R Grand Avenue, Louisville, Kentucky 40211;

i. 2109 Date Street, Louisville, Kentucky 40210;

CERTIFIED
U. S. DISTRICT COURT
LOUISVILLE, KY.
DATE: 6/4/2019
BY: _____
Deputy Clerk

1

j. 512 Greenwood Avenue, Louisville, Kentucky 40211.

The above-referenced seized property was lawfully obtained from wages, commissions, savings, earnings and gifts by Mr. Watts.

Dante Watts has been deprived of the use and possession of his property since the seizure. He requests that the seized property be returned to him during the pendency of this action due to the financial hardship imposed by continuing deprivation of his personal property. There is nothing inherently illegal about United States currency, nor is it particularly suited in any way for use in criminal activity. To the best knowledge and belief of Watts, the currency, bank account proceeds, watch and real property were not obtained from or used to commit any criminal offense. The currency is not likely to be used to commit additional criminal acts if returned to the owner/claimant.

Respectfully submitted,

/s/ Michael L. Goodwin
**MICHAEL L. GOODWIN**
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 584-7622

### CERTIFICATE OF SERVICE

It is hereby certified that on March 2, 2017, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing and mailed by U.S. mail, postage prepaid, to the following:

Hon. Amy Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202

/s/ Michael L. Goodwin
**MICHAEL L. GOODWIN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                           PLAINTIFF

Vs.                                    CIVIL ACTION NO. 3:16-CV-755-DJH

ONE HUNDRED NINETY-FIVE THOUSAND
EIGHT HUNDRED TEN DOLLARS
IN UNITED STATES CURRENCY ($195,810.00), *et al*          DEFENDANTS

\* \* \* \* \* \* \* \* \*

## AFFIDAVIT IN SUPPORT OF CLAIM

Comes now the Affiant, Dante D. Watts, Sr., after being duly sworn, and states as follows:

1. That I, Dante D. Watts, Sr., have read the attached *Claim of Dante Watts to Contest Forfeiture of Seized Property*. I hereby state under penalty of perjury that the claim is true and accurate to the best of my knowledge.

2. I am the true and lawful owner of the following property:

a. $195,810.00 in U.S. Currency;

b. $2448.00 in U.S. Currency;

c. $230,085.00 in U.S. Currency;

d. Contents of Kentucky Telco Credit Union Checking Account ($89,676.89);

e. A Breitling for Bentley Motors Special Edition Certified Chronometer Watch in 18kt Yellow Gold with 596 full cut diamonds;

Page 1 of 3

 f. 12600 Blackthorn Trace, Louisville, Kentucky 40299;

 3. I have previously owned the following properties, until I sold them to my daughter Shavonda Hill. I claim these parcels of real estate to the extent I still have an ownership interest in the properties:

  a. 513 Amy Avenue, Louisville, Kentucky 40211;

  b. 3426 & 3426R Grand Avenue, Louisville, Kentucky 40211;

  c. 2109 Date Street, Louisville, Kentucky 40210;

  d. 512 Greenwood Avenue, Louisville, Kentucky 40211.

 4. Over the last several years, I have been employed in the cleaning business, as well as, the commercial and residential real estate industry. Over this time, I have earned significant wages, commissions, and fees associated with my employment, including the items claimed above.

 5. To the best of my knowledge and belief, none of the items claimed were derived from any criminal activity, used to commit any criminal offense, or intended to be used in connection with any criminal offense, and were acquired by me from legitimate sources not associated with any unlawful activity.


I, Dante D. Watts, Sr, do hereby swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

_____
DANTE D. WATTS, SR.

COMMONWEALTH OF KENTUCKY     )
                             )
COUNTY OF MARION             )

Subscribed, sworn, and acknowledged to before me by DANTE D. WATTS, SR. on this the 2 day of March 2017.

_____
NOTARY PUBLIC, STATE-AT-LARGE

MY COMMISSION EXPIRES: 23 May 2019