

**DANTE WATTS**
**TOTAL INCOME REPORTED 2015-2016**

| | |
|---|---|
| Total Business Revenues | $60,313 |
| Total Rents Received | $57,600 |
| Total Income Reported | $117,913 |

# EXPENDITURES

## DANTE WATTS
## $4,255,366


**Properties**
$72,111


**Other Expenditures**
$127,520


**Cash Withdrawals**
$15,000


**Acct Seizure**
$89,676


**Casino Cash Purchases**
$3,522,716


**Cash Seized**
$428,343



GOVERNMENT EXHIBIT 99