Date: 8-10-2020

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 AUG 13 PM 1:08

RE: Motion filed by attorney Frank Mascagni III with the courts on June 20, 2020 without my concent or prior Knowledge

TO: Judge Claria Horn Boom

Mrs Boom,

I recently filed a motion Ex parte through the courts posing concerns pertaining to a motion that was filed by councel on June 20, 2020 making an false reprensentation on my behalf. Said motion by councel stated that it had my permission to do so, when in fact I had no prior Knowledge and/or did not give councel permission to file motion with the court.

Out of concern that my right to due process and fair reprensentation is not ignored. I thought it appropriate to inform the courts that, "I did not agree, stipulate prior to trial any agreement that is represented by councel motion on June 20, 2020."

Sincerely,
Dante Dewayne Watts
Dante Watts

Dante Watts / 0644 3:16 CR00082-2
DOCKET NO:
380 Borax Dr.
Henderson, Ky. 42420

EVANSVILLE IN 476

11 AUG 2020 PM 1 L

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 AUG 13 PM 1:08

Judge Claria Horn Boom
Gene Snyder United States Courthouse
601 West Broadway
Louisville, Ky. 40202

40202-222731