UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:16-CR-082-CHB-2 |
| | ) | |
| v. | ) | |
| | ) | **ORDER RESCHEDULING** |
| DANTE DEWAYNE WATTS, | ) | **SENTENCING HEARING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on its own motion. Due to unresolved issues in this matter, the sentencing hearing in this case must be continued. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      The sentencing hearing currently set for October 29, 2020, is **REMANDED** from the Court's docket. The sentencing hearing is **RESCHEDULED** for **Thursday, January 7, 2021, at the hour of 2:30 p.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in **Louisville, Kentucky**.

This the 21st day of October, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record

- 1 -