UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                      CRIMINAL NO. 3:16-CR-00082-CHB

**DANTE DEWAYNE WATTS**                                                                   DEFENDANT
INMATE HENDERSON COUNTY DETENTION CENTER
380 BORAX DRIVE
PO BOX 979
HENDERSON, KY 42419

### DEFENDANT, DANTE DEWAYNE WATTS'S RESPONSE TO THIS COURT'S ORDER OF SEPTEMBER 30, 2020

Comes the Defendant, Dante Dewayne Watts, by counsel, Frank Mascagni, III, and hereby responds to this Court's Orders of September 30, 2020 **[R. 568]** and **[R. 577]** October 16, 2020, as follows:

1. In the sealed EX PARTE ORDER OF September 30, 2020, Mr. Mascagni was ordered to review Watts's *pro se* motions, to confer with his client and address any remaining issues by filing an appropriate motion served on opposing counsel.

2. In a subsequent order dated October 16, 2020, the Defendant was ordered to comply up through and including October 26, 2020.

3. Attorney Mascagni has reviewed his client's *pro se* motions upon receipt at his office and has now conferred with his client via telephone.

4. The Defendant makes various claims, including those of ineffective assistance of counsel against Attorney Mascagni. Based on the most recent conversation, the Defendant has requested that Attorney Mascagni withdraw as counsel of record at this time and based upon his indigency, that the Court appoint him an attorney to

handle this matter from this point forward and represent any and all interests of Dante Watts.

5. Additionally, the Defendant would like to have a hearing on the forfeiture matters as he has always maintained his assertion of his right for a hearing. He requests that this Court set aside this Court's order of "PRELIMINARY ORDER OF FORFEITURE" entered on August 11, 2020 **[R. 562]** and that the Court set a date and time for said hearing either prior to at the time of sentencing.

As this Court will recall, prior to the jury being excused from service, on the record, Attorney Mascagni and AUSA Sullivan discussed with the Court the Defendant's desire to have an "§851 hearing" and a forfeiture hearing prior to or at the time of sentencing based on the pleadings of record and arguments made by counsel prior to and at the time of the jury trial.

Additionally, as the Court will recall, the Defendant asserted his right opposing the government's Complaint for Forfeiture in Rem of record in the CIVIL DOCKET FOR CASE #: 3:16-cv-00755-CHB-CHL, which proceedings have been stayed by Court Order of October 2, 2020 **[R. 29]**.

WHEREFORE, the Defendant, Dante Dewayne Watts, by counsel, Attorney Frank Mascagni, III, hereby requests that this Court enter the Order attached hereto.

    Respectfully submitted,
    */s/ Frank Mascagni, III*
    Frank Mascagni, III
    Attorney at Law
    228 South Seventh Street
    Louisville KY  40202
    (502) 583-2831
    Fax: (502) 583-3701
    Email: frankmascagniiii@hotmail.com
    *Counsel for Co-Defendant,*
    *Dante Dewayne Watts*

CERTIFICATE OF SERVICE

I hereby certify that this pleading was filed on this the 25th day of October, 2020 using the ECF system which will notify Robert B. Bonar and Amy Sullivan, AUSA and all co-counsel of record; a hard-copy will be mailed to the Defendant, Dante Watts, by mail via USPS on this the 25th day of October, 2020.

/s/ Frank Mascagni, III
Counsel for Defendant Watts