# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANTE DEWAYNE WATTS, )<br>)<br>Defendant. ) | Case No. 3:16-CR-082-CHB-2 |

\* \* \* \* \*

Motion having been made, and the Court having been duly advised,

IT IS HEREBY ORDERED that the Defendant, by and through his counsel, shall be, and the same hereby is PERMITTED to file additional objections and to reaffirm previous objections to the Presentence Investigation Report [DN 559].